## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Stephen McGrath, Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), herein after referred to as Affiant, being duly sworn, do hereby depose and state as follows:

### Affiant's Background and Qualifications

1. Affiant is a duly sworn Special Agent of the ATF. As such, Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code that is, a special agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

2. Affiant has been involved in the investigation of various individuals and organizations involved in the illegal manufacturing, distribution, and use of controlled substances and firearm violations. Affiant has conducted surveillance operations and has become familiar with the methods used by individuals engaged in the illegal manufacturing, distribution, and use of controlled substances and firearm violations. Affiant has been lead investigator or has participated in many criminal investigations involving violations of Ohio drug and firearm laws. Affiant has executed many search warrants related to illegal drug and firearm operations.

3. Affiant's knowledge of the facts alleged in this affidavit are based on conversations with other law enforcement officers, including: ATF agents/officers; information received from law enforcement databases; and from Affiant's personal participation in the investigation.

4. This Affidavit is offered in support of a Criminal Complaint against Defendant Reion OATES for the following three offenses: Distribution of Controlled Substances, in

1

violation of 21 U.S.C. 841(a)(1), (b)(1)(B) and (b)(1)(C).

## PROBABLE CAUSE

5. Your affiant avers that the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)) and other law enforcement officials are conducting an investigation into Reion OATES. OATES is suspected of distributing quantities of heroin and fentanyl throughout the Northern District of Ohio.

6. Your affiant avers that in October of 2023, law enforcement received information through the use of a confidential informant ("CI") that Reion OATES is distributing quantities of heroin and fentanyl. The CI has previously provided law enforcement colleagues with credible information related to active narcotics investigations in the Cleveland, Ohio area for the Cleveland Police Department (CPD), including past and present narcotic investigations. The CI has provided accurate information in past investigations that has been corroborated by investigators and resulted in seizure of controlled substances.

7. Your affiant avers that in October of 2023, CPD detective working with your affiant received information from CPD Confidential Informant (CI) that a black male with a street name of "Ray Ray" is selling heroin and fentanyl in the area of W. 96th St. and Macon Avenue Cleveland, Ohio. CI stated that he knows that male as "Ray Ray" and contacts him through phone number 216-374-6741. Also, during the month of October 2023, the CI introduced an Undercover (UC) CPD detective to "Ray Ray" who was identified as Reion OATES.

8. Your affiant avers that during October and November of 2023, CPD UC conducted (5) controlled purchases of narcotics and/or firearms from OATES. All transactions were audio and video recorded. All communications were audio and video recorded. The UC

was supplied pre-recorded government buy money to conduct each of these transactions.

9. On October 12, 2023, the CPD UC conducted a video and audio recorded controlled purchase of 0.57 grams of what OATES stated was crack-cocaine and 8.02 grams of what OATES stated was Heroin for $300.00. The transaction took place inside 2175 W. 96th St. Unit #1, Cleveland, Ohio. This address is OATES' listed address on his state of Ohio identification card. The substances were submitted to the Cuyahoga County Regional Forensic Science Laboratory (CCRFSL). The alleged crack-cocaine tested positive for Cocaine Base (Schedule II) and the alleged Heroin tested positive for a compound mixture of Heroin (Schedule I), Cocaine (Schedule II), Methamphetamine (Schedule II), Bromazolam (Schedule I), Metonitazne (Schedule I), Protonitzene (Schedule I), Phencyclidine (PCP) (Schedule II), 4-ANPP (Schedule II), Fentanyl (Schedule II), and Tramadol (Schedule IV). During this transaction, OATES and the UC discussed the sale of a Glock pistol during a future transaction and additional narcotics. Prior to and after the transaction, surveillance was conducted by ATF and CPD personnel. OATES was observed exiting his residence to greet the UC and then invited the UC into the residence where the transaction took place. (See Image 1)



(Image 1)

10.     Your affiant avers, CPD UC maintained recorded communication with OATES after October 12, 2023, via cellular telephone and OATES agreed to sell (1) ounce of Heroin and a Glock pistol to the UC.

11.     On October 16, 2023, CPD UC arranged to meet with OATES to purchase (1) ounce of Heroin and a Glock pistol. CPD UC met with OATES at his residence and conducted a video and recorded controlled purchase of 25.88 grams of what OATES stated was Heroin and a Glock, model 33Gen4, .357 caliber, semi-automatic pistol bearing serial number WAY766 for $1,800.00. UC and OATES discussed future narcotics and firearms transaction. The substance purchased was submitted to the CCRFSL and tested positive for a compound mixture of MDMB-4en-PINACA (Schedule I), Heroin (Schedule I), Aceltylfentanyl (Schedule I and a fentanyl analogue), Fluorofentanyl, Methamphetamine (Schedule II), Cocaine (Schedule II), 4-ANPP (Schedule II), Fentanyl (Schedule II), and Xylazine. Prior to and after the transaction surveillance was conducted by ATF and CPD personnel. OATES was observed exiting the TARGET RESIDENCE to greet the UC and invited the UC into the common hallway of the apartment building where the residence is located. The transaction took place inside of this hallway. OATES was observed walking into the residence upon completion of the transaction. (See Image 2)



(Image 2)

12.    Your affiant avers, CPD UC maintained recorded communication with OATES after October 16, 2023, via cellular telephone and OATES agreed to sell (2) ounces of Heroin and (1) pistol to the UC.

13.    On October 25, 2023, the UC met with OATES and purchased 39.09 grams of what OATES stated was Heroin and (1) Taurus, model PT738, .380 caliber semi-automatic pistol bearing serial number 13383A for $2,900.00. OATES directed the UC to meet him at a corner store located at 2136 W. 98th St. Cleveland, Ohio. This corner store is located approximately (2) blocks away from the residence. ATF and CPD personnel conducted surveillance prior to and during the transaction. Surveillance units observed OATES exit the residence and walk to the corner store located at 2136 W. 98th St. to meet with the UC. OATES then sold the UC 39.09 grams of the substance alleged to be Heroin. (See Image 3).  The substance was submitted to CCRFSL. The alleged Heroin tested positive for 39.09 grams of

5

MDMB-4en-PINACA, Acetylfentanyl (Schedule I, and a Fentanyl analogue), Fluorofentanyl, Bromazolam (Schedule I), Metonitazene (Schedule 1), Methamphetamine (Schedule II), Cocaine (Schedule II), Fentanyl, (Schedule II) and 4-ANPP (Schedule II). OATES informed the UC during this transaction that he did not currently have the firearm he had agreed to sell the UC. Shortly after UC departed from this transaction with OATES, the UC contacted OATES and advised him that the weight (referring to the just purchased alleged Heroin) was incorrect and was not a full (2) ounces as agreed upon. OATES directed the UC to W. 96th St. and Macon Avenue and OATES would return some of the money. The UC then went to W. 96th St. and Macon Avenue where OATES was waiting in the street, in front of his residence and handed the UC $200.00.



(Image 3)

14. Several hours later on October 25, 2023, the UC met OATES, who was waiting

on Macon Avenue in front of his residence and conducted the transaction for the Taurus, model PT738, .380 caliber, semi-automatic pistol bearing serial number 13383A for $700.00.

15.     Your affiant avers, CPD UC maintained recorded communication with OATES after October 25, 2023, via cellular telephone and OATES agreed to sell (2) ounces of Heroin and (1) pistol to the UC.

16.     On November 09, 2023, the UC met with OATES and purchased approximately 60 grams of alleged Heroin for $2,200.00. The purchased Heroin was sent to the CCRFSL ("Cuyahoga Regional Forensic Science Laboratory") for further testing.  The laboratory results are pending.

17.     Your affiant avers CPD UC maintained recorded communication with OATES after November 09, 2023, via cellular telephone.  Between November 25 and November 29, 2023, the UC and OATES have discussed via telephone a transaction for (3) ounces of Heroin and (2) pistols. Affiant believes that OATES still engaged in criminal activity.

18.     Your affiant avers that the CCRFSL laboratory tested the above referenced purchased narcotics from the controlled purchases on October 12, 16, and 25, and their findings have been documented in laboratory report number 2023-008415-0001 and 2023-008415-0002.

## CONCLUSION

19.     Based on the foregoing, your Affiant believes and asserts that there is probable cause to believe that on October 12, 16, and 25, 2023, REION OATES did unlawfully, knowingly distribute a mixture and substance containing a detectible amount of a fentanyl analogue, fentanyl, heroin, and other controlled substances, in violation of 21 U.S.C.

§§841(a)(1), (b)(1)(B), and (b)(1)(C). The above violations were committed in the Northern District of Ohio, Eastern Division. Your Affiant requests that an arrest warrant be issued.

Stephen McGrath
Special Agent, ATF

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) this **29th** day of November 2023.



James E. Grimes Jr., United States Magistrate Judge

8